LEWIS C. VERNOL, Appellant, v. THOMAS VERNOL,
Respondent.

Appeal from a judgment in favor of the defendant, entered upon
the trial of this action by the court without a jury.

The General Term held that evidence did not sustain the allega-
tions of the complaint, and affirmed the judgment of the court
below dismissing it.

*John Miller*, for the appellant.

*Cassedy & Brown*, for the respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

BARNARD, P. J., dissented.

Judgment affirmed, with costs.